**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLES S. MASON, ) | NO. ED CV 08-240-E |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| MICHAEL J. ASTRUE, COMMISSIONER ) | |
| OF SOCIAL SECURITY ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

    IT IS HEREBY ADJUDGED that Defendant's Motion for Summary Judgment is granted and judgment is entered in favor of Defendant.

    DATED: September 11, 2008.

```
              _____/S/_____
                     CHARLES F. EICK
              UNITED STATES MAGISTRATE JUDGE
```